IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH H. MCDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3075 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA DEPT. OF CORRECTIONS, SCOTT FRAKES, and BRAD HANSON, et al, | ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

Plaintiff has filed a motion requesting that the court reconsider its May 26, 2016 Memorandum and Order denying his request for appointment of counsel. (Filing No. 14.) Plaintiff has not identified any grounds warranting reconsideration of the court's previous order.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reconsider (Filing No. 14) is denied.

DATED this 14th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge